Matt Valenti, Esq., (SBN 253978)
VALENTI LAW APC
Mail: PO Box 712533
San Diego, CA 92171-2533
Phone: (619) 540-2189
E-mail: mattvalenti@valentilawapc.com

Attorney for Plaintiff
RAUL URIARTE-LIMON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON<br><br>Plaintiff,<br><br>vs.<br><br>CHINO LIQUOR, INC., a California Corporation; ZEIN A. KHADDOUR, an individual; and DOES 1-10; and DOES 1-10<br><br>Defendants. | Case No.: 2:20-cv-07432-DSF-AFM<br><br>JOINT NOTICE OF SETTLEMENT |

The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

The Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation of Dismissal with prejudice as to all parties (or, if authorized by F.R.Civ.P. 41(a)(1)(A)(i), a Notice of Dismissal with prejudice as to all parties) will be filed within 60 days. The Parties further request that

the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

Respectfully submitted,

DATED: October 30, 2020        VALENTI LAW APC

By: */s/ Matt Valenti*
Matt Valenti, Esq.
Attorney for Plaintiff

DATED: October 30, 2020        ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: */s/ David Kang*
David Kang, Esq.
Attorney for Defendants

## SIGNATURE ATTESTATION

I, Matt Valenti, attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Matt Valenti*_____
Matt Valenti, Esq.